UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN HENRY JOHNSON et al.,<br><br>    Defendants. | Case No. 5:25-cv-00459-SB-DTB<br><br>STIPULATED JUDGMENT AS TO CLAIMS BETWEEN PLAINTIFF AND THE JOHNSONS |

Pursuant to the stipulation between Plaintiff U.S. Bank Trust, N.A., not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust and Defendants Stephen Henry Johnson aka Stephen H. Johnson, in his individual capacity and as co-trustee of the Johnson Family Trust, U/A dated January 6, 2023 and Paula Annette Johnson aka Paula A. Johnson, in her individual capacity and as co-trustee of the Johnson Family Trust, U/A dated January 6, 2023 (together, the Johnsons), filed on September 2, 2025, the Court hereby orders, adjudges, and decrees as follows:

This lawsuit concerns real property commonly known as 10578 Deer Canyon Drive, Rancho Cucamonga, California  91737 (the Property).  The legal description for the Property is as follows:

> Lot(s) 10 of Tract no. 12650-1, as shown by Map on file in Book 183 Page(s) 49 to 53, inclusive of Maps, Records of San Bernardino County, California.

APN: 1074-331-12-0-000

1

1. U.S. Bank Trust, N.A., not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, is the sole and rightful owner of the Property as of November 28, 2023.

2. Stephen Henry Johnson aka Stephen H. Johnson, in his individual capacity and as co-trustee of the Johnson Family Trust, U/A dated January 6, 2023, has no interest in the Property.

3. Paula Annette Johnson aka Paula A. Johnson, in her individual capacity and as co-trustee of the Johnson Family Trust, U/A dated January 6, 2023, has no interest in the Property.

4. The Rescission of Trustee's Deed Upon Sale recorded on March 25, 2024, in the San Bernardino County Recorder's Office as Instrument Number 2024-0067152 is cancelled and declared null and void *ab initio* and without any legal effect.

5. The Substitution of Trustee and Full Reconveyance recorded on April 8, 2024, in the San Bernardino County Recorder's Office as Instrument Number 2024-0077720 is cancelled and declared null and void *ab initio* and without any legal effect.

6. The Grant Deed recorded with the San Bernardino County Recorder's Office on April 9, 2024, as Instrument Number 2024-0079045 is cancelled and declared null and void *ab initio* and without any legal effect.

7. The Grant Deed recorded with the San Bernardino County Recorder's Office on December 2, 2024, as Instrument Number 2024-0286658 is cancelled and declared null and void *ab initio* and without any legal effect.

8. The Grant Deed recorded with the San Bernardino County Recorder's Office on December 3, 2024, as Instrument Number 2024-0287053 is cancelled and declared null and void *ab initio* and without any legal effect.

9. The Grant Deed recorded with the San Bernardino County Recorder's Office on February 13, 2025, as Instrument Number 2025-0031264 is cancelled and declared null and void *ab initio* and without any legal effect.

10. Title to the Property is hereby quieted in favor of U.S. Bank Trust, N.A., not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, and against Defendants Stephen Henry Johnson aka Stephen H. Johnson and Paula Annette Johnson aka Paula A. Johnson, in their individual capacities and as co-trustees of the Johnson Family Trust, U/A dated January 6, 2023, as of November 28, 2023.

11. The Johnsons are directed not to record, or cause to be recorded, at any time in the future any documents pertaining to the Property.

12. Plaintiff and the Johnsons will bear their own costs and attorneys' fees incurred with respect to one another with respect in this action.

13. The Court finds that entry of this judgment resolves all of Plaintiff's remaining claims in this action and thus resolves in its entirety Plaintiff's operative first amended complaint. The Court expressly finds that there is no just reason for delay in entry of this judgment. Fed. R. Civ. P. 54(b).

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Date: September 4, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge